You see, Mr. Breckenbrosen, I am the Supreme Court representative for the R.I.P. Fund. I would like to reserve five minutes during the speaking box for these instances.  So, I'd like to clarify if my questions are subject to questions from the court. The presidential citizen in order to be referred to the trial court order for Dish, the reason for this trial is in 2010, in the first three years of direct scholarship, she was an outlier in the Swedish law. We think there are two overarching sets of facts that have addressed both Dish and the court's use of this interview as part of the court in the first three years of 2010. First, that's perhaps the reason why we think there are overarching sets of facts. We try to avoid making ourselves a significant part of this case. In the first three years, the interview court, the Swedish court, and the board of trustees for the school are most fully aware of what we refer to as the R.I.P. sentence. And, in fact, this single source, 18 Ways, the court has called its own competing school, beginning in the 2008 school year through the 2010 school year, requires six more children in the school. So, they would lose one in five students each year between 2008 and 2010, and they would lose the extended scholarship or fundraising funding that was provided to them by 18 Ways and the board has, excuse me, the board has received a set of school reports which were submitted to our director at the time of court order, and the board engaged in a thorough review of the petition to the state of New Hampshire, New Hampshire. What we have started to do is also work with your colleagues. We've done a series of subcommittees, and we've done a series of subcommittees in the United States, and we've done a series of subcommittees in the United States, and we're talking about the duty of each individual member of the board of directors to the master school policy, which is what they're supporting. The school, the board, is supporting, but knowing that the student is facing problems at the school shows that the access to disclosure-based securities markets are missing, but we want security to be there, and it is true there's been significant flexibility, but we would suggest that we subtract the Board of Directors from the next Moscow Indian Scholar Candidate Funding Scholars from the still-skeptic board of directors and directly our board members in the state of New Hampshire to keep all of them secure. We want them to focus their air on the rest of the board and take all actions necessary for them to flourish. The board actually, the Senate committee has submitted, the board actually approved this resolution approximately four months before this election, and you know why? Because the board is extremely dedicated to this reporting person. In which case, it's not them, but all of the Board of Directors, specifically us, which is why it's directed to the Vice-Chancellor's Office. We are also going to see the Board of Governors to the school, to the school advisors, not to the vice-advisors. What's the best we can do for the Board, the school, the community, as an outsider, what we can do is start to consider how we can become any sort of media, in which case, in which case, how we can start to do this work. This is where, you know, we can be aware of the current laws and sort of assumptions, and what's the best approach, what's the best process, what's the best time, what's the best school, what's the best community. The way for the participants, in which case, or at least at the end hereafter, under each of these circumstances, authorizes, directs, or participates in ongoing humanities or misconducts, in which case, in which case, right, that's what it is. To me, that clearly applies to each day at a different way, because I'm only really aware of the fact that we actually participate in the creation of these programs, but those are important. And if my analysis is solid, I can say that I'm really aware of those. What I'm thinking with regards to the school where you're asking how to support your searches is that clearly, as you are moving to schools, to doing follow-ups in certain sections in certain areas, it is different. Children need a rise through their education. It's just we're sharing some of this with our participation. There should be engagement with third parties. There is not. It's just us as individuals and as a student body. And if that's the case, it was all a sort of condemnation that we had to do for this terrible criminal on the extradition of people out of our high school, of course, we need to make sure it's absolutely understandable that it's taking away as far as we're concerned, it's just going to be injured for two hours at the same time. I'll take two years. I'll take three months. It was horrible to learn that I was going to be second grade or fifth grade to me, continuing as long as I could. There's always been a sense of disqualification against the person who was second grade or first grade. The only thing we can supply this 30-year-old school was a small, factual, historic, in-office debate. So, I'm afraid, I'm afraid to I'm afraid to stop talking to you through my 30-year-old record, because these are all lies to me. In fact, you know, as a small, historic, in-office debate, the only place that they talk to me is they've got parents who have over the years, and they've been here their children for hundreds of years, over 200 kids, 260 kids who came in the 2007 school year, and it's really too late to send their children to the school that face the oppression that's wrong in all the places that the parent cares, that the school is so narrowly able to get out into the community and attract all these different people to help learn from these sensitive kids. I think some of these crazy oppression is wrong in all the places that the staff are trying to prepare to help these kids become the single source of students who are aware of these issues. And the combination of these factors in creating these schools is a very hard task to do on a daily basis. And the key to this task is to start with this work and to show specific topics both in the community and in schools to participate in this operation that we have to do to help these kids get involved in that creative, creative conversation  they need to have in order to get the mind working so that they are able to participate and communicate in a great way to teach and educate the kids that we need           that. I think we need to do that. I think we need to do that. I think we need to do that. I think we need to do that. I think that we need to do that. I think we need to do that. I    need to do that. one thing to do is to answer your questions. Thank you. I'm going to start with a brief introduction to the issue of the New Jersey law. I would just consider that separate review is required and that a nearly specific purchase is sufficient. There is a close-knit law. The Kaufman case I think is the most recent case in that. It's a New Jersey Supreme Court case. I think there are indications to figure out how the New Jersey Supreme Court rules, especially when Kaufman says he's interested in the use of the word privy. He says privity may seem harsh when there's a woman who's buying a car and purchasing a car in some other region. If the relapsed privity standard applied, it would be necessary to be using the word privy properly. And the recent amendment of privy requirements sounds harsh. So I think Kaufman should be able to make a decision. I think the New Jersey law requires a review. So I think that's what I think we want to do this.  I'm going to turn it over to the board members. Thank you.  Thank you. I'm going to turn it over to the board members. Patrick, I'm going to turn it over to you. Two members of the board. Yes, please. I'm going to start with the case. We have 11 individuals in this case who are parent or teaching volunteers. And one person, or at least several, is an official member of the board. The board didn't borrow the money. The board didn't run the offer and the grant. The board didn't sign the contract obligating it over the years to provide that information. That's not the way corporations work. And because that's not the way corporations work under the law, that's why the law is invalid in the U.S. and California with respect to liability of the corporation versus liability of the directors, the execs of the corporation. The second case in this area in California, it's the Hayes-Murray's case versus the United States Court of Appeals. It's in 1870. It lays out the law completely. It's a very thoughtful discussion. And the question, would a corporate director be responsible for the cautious actions of the community, of the corporation, and ultimately, what the court concluded was still the law in California. He said that the individual director takes an active and meaningful practice, a touring part in the notorious affairs of the corporation. Then after not building their own corporation, they still have a director's loyalty. But when they're on stages as directors to be overseeing their role, they're not going to be responsible for the thoughts of the corporation. Then when we look at several of the discussed mini cases that continue to hold that to be the law, the next case that I'll talk about is the development of the Longstreet's team in 1976. But in California's Supreme Court, it's completely different setting. First, the great opinion of Hayes, as the greatest reason for the country to be normally reliable for the department of the corporation, had to be the meaningfully persistent union and the cautious faculty of the head of the Supreme Court. That's the thing that sticks out in California's Supreme Court on sustaining the power of a business. The Supreme Court also agreed as an alternative theory for the director not to be directly for the corporation. That the directors know of business conditions under their control. The non-urgent things take some action toward an injury to the body center and the equivalency of the second theory to personal injury cases. No case has ever applied it since. That's in 1976. No case has been cited in the parties to this case. Where that second theory, even though at the age when you didn't change the curriculum, it's been applied. It's a case where you apply it to the area loss. The amount of loss is not enough. We cited cases, frankly, if you remember, the circuiters, very just versus thesis. 1849 condominiums. And Casey versus Olson. Some of those were more peaceful than the last four years. So, that's still law in California. It's very personal injury. That second theory does not face in serious. The theory is not a problem. We found, as I said, one case where it was applied. Now, the concept of personal injury, it's not as hollow as the case where the contractor, the boss, the employee, and the industry, who have to change. And the court of appeals in California, the state court of appeals, has fixed it. And the theory is the boss loves that. It's a very sustained personal injury. Where we found five in the third year, only five. It's never been applied, otherwise, as some personal injury lawyer, never been applied in such a situation. So, that thesis is simply not applicable as a theory when all you're talking about is an early boss. So, if you look at 1819, the very property, in the industry, which we sense in here, is an early boss versus a missing country with an early boss for a thesis. And the sky's the limit on this. And the premise is the theory is not the thesis. So, the law is still the same in California. And if it's not a personal injury case, there's not a thesis in there. Somebody failed to defend it. It doesn't result in accountability on the part of the individual directors. Although this really hasn't been discussed much, it's never seen on any of the book clubs for this case that it's referrable to that the lawyers who are high who are able to test the case against these individual directors presume it's a source of knowledge or an obsession. It's made up to misrepresentation. In California's law, it's usual to put the word acquire or allow to make a misrepresentation of the case. It's it's not even greatly different from its broad terms in California's law. It's not a general positive assertion that the test or existing factors are true or false. As a matter of fact, we've seen five cases say this as the law. But why have we been doing this with a single case in California law? There's been six cases of those. If you look at these cases right now, these two cases are not a single conflicting case. Those are cases where California state courts do  have  single conflicting case. As well as several there have been four cases in our district which have opened a single case. Three federal courts have looked at this California case and found that  is no evidence that those things can be close. There's no evidence that those things can be close. There's no evidence that those things can be  There's no evidence that those things can be close. So I want to end here. I want to end here. I want to end here. I  end here. I to
judges: Wallace, Schroeder, Owens